No. 98–839. NAJAR VDA. DE PANTA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PANTA PAZOS, DECEASED, ET AL. *v.* AFRAM CARRIERS, INC. C. A. 5th Cir. Certiorari denied.

No. 98–851. REUTERS TELEVISION INTERNATIONAL, LTD., ET AL. *v.* LOS ANGELES NEWS SERVICE. C. A. 9th Cir. Certiorari denied.

No. 98–852. ROMER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–853. TAYLOR ET AL. *v.* QUALITY HYUNDAI, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–856. HYATT *v.* BOONE. C. A. Fed. Cir. Certiorari denied.

No. 98–858. COWBOY AUTO SALES, INC., ET AL. *v.* HALWOOD ET UX. Ct. App. N. M. Certiorari denied.

No. 98–869. HONG KONG & SHANGHAI BANKING CORP., LTD. *v.* SIMON. C. A. 9th Cir. Certiorari denied.

No. 98–874. ISKCON MIAMI, INC., ET AL. *v.* METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–880. FIGUEROA, DBA THE EXPORT GROUP *v.* MEXICAN COFFEE INSTITUTE. C. A. 9th Cir. Certiorari denied.

No. 98–885. PERE, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, PERE ET AL. *v.* NUOVO PIGNONE S.P.A. C. A. 5th Cir. Certiorari denied.

No. 98–889. WASHINGTON PHYSICIANS SERVICE ASSN. ET AL. *v.* GREGOIRE, ATTORNEY GENERAL OF WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–893. ZARUBA, SHERIFF, DUPAGE COUNTY *v.* FRANKLIN ET AL. C. A. 7th Cir. Certiorari denied.